NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

NOV 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10154 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-08178-SRB-1 |
| v. | |
| VAUGHN PAUL JAMES, | MEMORANDUM* and |
| Defendant-Appellant. | ORDER |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted October 16, 2018***
San Francisco, California

Before: THOMAS, Chief Judge, GRABER, Circuit Judge, and LASNIK,***
District Judge.

Defendant-Appellant Vaughn Paul James pleaded guilty to aiding and

abetting second degree murder, and he waived his right to appeal. He was

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

\*\*\*        The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.

sentenced to 25 years of imprisonment. James's counsel filed a motion to withdraw as counsel of record and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). James has not filed a pro se supplemental brief, and the government did not file an answering brief. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Our review of the Anders brief, and our independent review of the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), do not reveal any arguable issues for appeal. Accordingly, counsel's motion to withdraw as counsel of record is **GRANTED**, and the district court's judgment is **AFFIRMED**.